Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Horace J. Donnelly, Jr.* for petitioners. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.

No. 445. CASTELL, ANCILLARY EXECUTOR, *v.* UNITED STATES. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles D. Hamel, John Enrietto,* and *Brainard Avery* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *A. F. Prescott* for the United States.

No. 451. DUBISKE *v.* UNITED STATES. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lloyd F. Loux* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Paul R. Russell* for the United States.

No. 452. OHIO CASUALTY INSURANCE Co. *v.* MARR ET AL. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Raymond G. Brown* for petitioner. No appearance for respondents.

No. 457. MARKS *v.* UNITED STATES. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Allen*